K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046

Attorneys for Plaintiff
Kelli Losorwith

Roberta S. Hayashi, SBN 105141
Mary Katharine Wilson, SBN 248771
BERLINER COHEN
Ten Almaden Boulevard, Eleventh Floor
San Jose, California 95113-2233
Telephone:  (408) 286-5800
Facsimile:  (408) 998-5388

Attorneys for Defendants Pritam Singh Grewal and Kaur Manjeet

Steven E. Paganetti, SBN 087513
WILD, CARTER & TIPTON
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone:  (559) 224-2131
Facsimile:  (559) 224-8462

Attorneys for Defendant Geno's Sandwiches and Salads, Inc.

# THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI LOSORWITH,<br><br>         Plaintiff,<br><br>     vs.<br><br>GENO'S SANDWICHES AND SALADS, INC., et al.<br><br>         Defendants. | Case No.:  1:10-CV-01853-AWI-SKO<br><br>**JOINT STIPULATION FOR SITE INSPECTION; ORDER** |

1

*Losorwith v. Geno's Sandwiches and Salads, et al.*
Stipulation for Site Inspection; Order

1   **WHEREAS**, counsel for the Parties in this matter participated in a scheduling conference on June 7, 2011, wherein it was agreed that the conference would be continued and that a joint site inspection would be conducted prior to the next scheduling conference;

4   **WHEREAS**, the Court was advised at the scheduling conference that the Parties would be providing a stipulation and order for such site inspection;

6   **IT IS HEREBY STIPULATED** by the Parties, through their respective counsel, that a site inspection take place on August 4, 2011, at 4:00 p.m. at Geno's Salads and Sandwiches located at 1615 East Ashlan, Fresno, California.

9   **IT IS FURTHER STIPULATED** that Defendants Pritam Singh Grewal, Kaur Manjeet and Geno's Salads and Sandwiches, Inc. will provide to Plaintiff's counsel information regarding the construction/alteration history of the subject facility in order that Plaintiff's consultant can apply the proper standards to the facility during the inspection. Such information shall be provided to Plaintiff's counsel on or before July 28, 2011.

Dated: June 13, 2011                MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore, Esq.,
Attorneys for Plaintiff Kelli Losorwith

BERLINER COHEN

/s/ Mary Katharine Wilson
Roberta S. Hayashi, Esq.,
Mary Katharine Wilson, Esq.,
Attorneys for Defendants Pritam Singh
Grewal and Kaur Manjeet

WILD, CARTER & TIPTON

/s/ Steven E. Paganetti
Steven E. Paganetti, Esq.,
Attorneys for Defendant Geno's Sandwiches
and Salads, Inc.

*Losorwith v. Geno's Sandwiches and Salads, et al.*
Stipulation for Site Inspection; Order

1 **ORDER**

2   The Parties having so stipulated and good cause appearing,

3   **IT IS HEREBY ORDERED** that a joint site inspection of Geno's Sandwiches and

4 Salads located at 1615 East Ashlan, Fresno, California take place on August 4, 2011, at 4:00 p.m.

5 All Parties' counsel are to be present.

6   **IT IS FURTHER ORDERED** that Defendants provide to Plaintiff's counsel on or

7 before July 28, 2011, information regarding the construction and/or alteration history of the

8 subject facility.

11 IT IS SO ORDERED.

12   Dated:   **June 13, 2011**                           **/s/ Sheila K. Oberto**
13                                                              UNITED STATES MAGISTRATE JUDGE

3

*Losorwith v. Geno's Sandwiches and Salads, et al.*
Stipulation for Site Inspection; Order