1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 271-6600
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Kelli Losorwith

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI LOSORWITH,<br><br>    Plaintiff,<br><br>    vs.<br><br>GENO'S SANDWICHES AND SALADS, INC.; PRITAM SINGH GREWAL and KAUR MANJEET,<br><br>    Defendants. | No. 1:10-cv-01853-SKO<br><br>**STIPULATION GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF, INJUNCTIVE RELIEF, DAMAGES, ATTORNEY FEES AND COSTS (ADA Access); AND ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto.

**IT IS FURTHER STIPULATED** that Defendants shall have fourteen (14) days after the date Plaintiff files her First Amended Complaint within which to file a responsive pleading.

Dated:  October 19, 2011                      MOORE LAW FIRM, PC


                                               By:  /s/ Tanya E. Moore
                                                    Tanya E. Moore
                                                    Attorneys for Plaintiff Kelli Losorwith

*Losorwith vs. Geno's Sandwiches & Salads Inc., et al.*
Stipulation for Leave to File First Amended Complaint; Order

Page 1

| | | |
|---|---|---|
| Dated:  October 21, 2011 | | BERLINER COHEN |
| | By: | /s/ Mary Katherine Wilson |
| | | Mary Katharine Wilson, Attorneys for Defendants Pritam Singh Grewal and Kaur Manjeet |
| Dated:  October 21, 2011 | | WILD, CARTER & TIPTON |
| | By: | /s/ Steven E. Paganetti |
| | | Steven E. Paganetti, Attorneys for Defendant Geno's Sandwiches and Salads, Inc. |

## ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file her First Amended Complaint within five (5) days of the date of this order; and
2. Defendants shall file their responsive pleading within fourteen (14) days of the filing of the First Amended Complaint.

This Order does not affect or alter any date set by the Court's Scheduling Order filed September 7, 2011.

IT IS SO ORDERED.

Dated:   **October 24, 2011**                              **/s/ Sheila K. Oberto**
                                                                  UNITED STATES MAGISTRATE JUDGE

*Losorwith vs. Geno's Sandwiches & Salads Inc., et al.*
Stipulation for Leave to File First Amended Complaint; Order

Page 2