# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI LOSORWITH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GENO'S SANDWICHES & SALADS, INC., et al.,<br><br>　　　　Defendants. | No. 1:10-CV-01853-SKO<br><br>**ORDER AMENDING SCHEDULING ORDER** |

The Parties having stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the Scheduling Order entered September 7, 2011 (Document 30) be amended as follows:

| | Current Date | New Date |
|---|---|---|
| Non-Expert Discovery Cut-off | April 30, 2012 | May 30, 2012 |
| Expert Witness Disclosure | May 25, 2012 | June 22, 2012 |
| Expert Discovery Cut-Off | August 3, 2012 | August 24, 2012 |

All other dates set forth in the Court's September 7, 2011, Scheduling Order shall remain unchanged.

IT IS SO ORDERED.

　　Dated:　**April 19, 2012**　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

*Losorwith v. Geno's Sandwiches and Salads, Inc., et al.*
Order Amending Scheduling Order