# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI LOSORWITH, ) | No.  1:10-CV-01853-SKO |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER AMENDING** |
| vs. ) | **SCHEDULING ORDER** |
| ) | |
| GENO'S SANDWICHES & SALADS, INC., ) | |
| et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

The Parties having stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the Scheduling Order entered September 7, 2011 (Document 30) be amended as follows:

| | Current Date | New Date |
|---|---|---|
| Non-Expert Discovery Cut-off | April 30, 2012 | May 30, 2012 |
| Expert Witness Disclosure | May 25, 2012 | June 22, 2012 |
| Expert Discovery Cut-Off | August 3, 2012 | August 24, 2012 |

All other dates set forth in the Court's September 7, 2011, Scheduling Order shall remain unchanged.

IT IS SO ORDERED.

Dated:  **April 19, 2012**                          **/s/ Sheila K. Oberto**
                                                   UNITED STATES MAGISTRATE JUDGE

*Losorwith v.Geno's Sandwiches and Salads, Inc., et al.*
Order Amending Scheduling Order

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Losorwith v.Geno's Sandwiches and Salads, Inc., et al.*
Order Amending Scheduling Order