# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| KELLI LOSORWITH, | Case Number 1:10-CV-01853-SKO |
| Plaintiff, | **ORDER AMENDING SCHEDULING ORDER** |
| v. | |
| GENO'S SANDWICHES AND SALADS, INC., PRITAM SINGH GREWAL, KAUR MANJEET, | |
| Defendants. | |

The Parties having stipulated and good cause appearing, IT IS HEREBY ORDERED that the Scheduling Order entered on April 19, 2011 (Document 38) be amended as follows:

| | **Current Date** | **New Date** |
|---|---|---|
| Non-Expert Discovery Cut-off | May 30, 2012 | August 31, 2012 |
| Expert Witness Disclosure | June 22, 2012 | September 14, 2012 |
| Expert Discovery Cut-Off | August 24, 2012 | October 22, 2012 |
| Non-Dispositive Motions | September 14, 2012 | November 14, 2012 |

| | | |
|---|---|---|
| Dispositive Motion Deadline | October 24, 2012 | January 31, 2013 |
| Settlement Conference | August 7, 2012 | **Unchanged** |
| Pre-Trial Conference | January 16, 2013 | May 8, 2013 |
| Trial | February 26, 2013 | June 18, 2013 |

IT IS SO ORDERED.

**Dated:   June 6, 2012**                         /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE