Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Kelli Losorwith

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI LOSORWITH,<br><br>    Plaintiff,<br><br>    vs.<br><br>GENO'S SANDWICHES and SALADS, INC., et al.,<br><br>    Defendants. | No. 1:10-CV-01853-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Kelli Losorwith and Defendants Geno's Sandwiches and Salads, Inc., Pritam Singh Grewal and Kaur Manjeet ("Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: March 26, 2013                    MOORE LAW FIRM, P.C.


                                        /s/Tanya E. Moore
                                        Tanya E. Moore
                                        Attorney for Plaintiff Kelli Losorwith

///

*Losorwith v. Geno's Sandwiches and Salads, Inc., et al.*
Stipulation for Dismissal of Action; Order

| | |
|---|---|
| Date: March 14, 2013 | BERLINER COHEN |
| | /s/ Mary Katharine Wilson |
| | Mary Katharine Wilson, Esq. |
| | Attorneys for Defendants Pritam Singh Grewal and Kaur Manjeet |
| | |
| Date: March 14, 2013 | WILD, CARTER & TIPTON |
| | /s/ Steven E. Paganetti |
| | Steven E. Paganetti, Esq. |
| | Attorneys for Defendant Geno's Sandwiches and Salads, Inc. |

**ORDER**

The parties having so stipulated, IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The Clerk of the Court is DIRECTED to administratively close this action.

IT IS SO ORDERED.

Dated: **March 26, 2013**            **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

*Losorwith v. Geno's Sandwiches and Salads, Inc., et al.*
Stipulation for Dismissal of Action; Order
Page 2